UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: G.E. ERISA Litigation | Master File No. 1:17-cv-12123-IT |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF CERTAIN INDIVIDUAL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss without prejudice all claims against Defendants Sebastien Bazin, Greg Bouleris, Edward Garden, Peter Henry, Dan Janki, Raghu Krishnamoorthy, Vaidheesh Krishnamurti, Risa Lavisso-Mourey, Lowell McAdam, Steven Mollenkopt, Scott Silberstein, and Pamela Westmoreland, with each party bearing his or her own attorneys' fees and costs in connection with the action.

October 4, 2018

Respectfully submitted,

/s/ Jacob A. Walker
Jason M. Leviton
Jacob A. Walker
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jason@blockesq.com
jake@blockesq.com

*Liaison Counsel for Plaintiffs*

R. Joseph Barton
**BLOCK & LEVITON LLP**
1735 20th Street
NW Washington DC 20009
Tel: (202) 734-7046
Jbarton@blockesq.com

**Certificate of Service**

I, Jacob A. Walker, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 4, 2018.

October 4, 2018      /s/ Jacob A. Walker
                     Jacob A. Walker

Mark C. Gardy
Orin Kurtz (*pro hac vice*)
**GARDY & NOTIS, LLP**
Tower 56
126 East 56th Street
New York, NY 10022

Tel: (212) 905-0509
Fax: (212) 905-0508
mgardy@gardylaw.com
okurtz@gardylaw.com

Lee Squitieri (*pro hac vice*)
**SQUITIERI & FEARON, LLP**
32 East 57th Street
12th Floor
New York, NY 10022
(212) 421-6492
lee@sfclasslaw.com

Evan J. Kaufinan (*pro hac vice*)
Jordan Mamorsky (*pro hac vice*)
**ROBBINS GELLER RUDMAN
& DOWD LLP**
58 South Service Road, Ste. 200
Melville, NY 11747
(631) 367-7100
ekaufinan@rgrdlaw.com
jmamorsky@rgrdlaw.com

Andrew Miller (BBO #682496)
David Sanford (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
1666 Connecticut Avenue NW, Suite 310
Washington, D.C. 20009
Tel: (202) 499-5200
Fax: (202) 499-5199
amiller@sanfordheisler.com
dsanford@sanfordheisler.com

Charles H. Field (*pro hac vice*)
Edward D. Chapin (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
655 W. Broadway, 17th floor
San Diego, CA 92101
Tel: (619) 577-4251

        Fax: (619) 577-4250
        cfield@sanfordheisler.com
        echapin@sanfordheisler.com

        Kevin H. Sharp (*pro hac vice*)
        **SANFORD HEISLER SHARP, LLP**
        611 Commerce Street, Suite 3100
        Nashville, TN 37203
        Tel: (615) 434-7000
        Fax: (615) 434-7020
        ksharp@sanfordheisler.com

        *Counsel for Plaintiffs*