UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: G.E. ERISA LITIGATION | * * * * * * * * | Civil Action No. 17-cv-12123-IT |

ORDER CONSOLIDATING ACTIONS

March 16, 2020

TALWANI, D.J.

Pursuant to the parties' Stipulation [#74], and Judge Casper's previous consolidation of Sullivan v. General Electric Company, No. 17-12123-IT (D. Mass.); Powell v. General Electric Company, No. 17-CV-12139-IT (D. Mass); and LaTorre v. General Electric Company, No. 17-CV-12267-IT (D. Mass), the court ORDERS as follows:

1. The Clerk shall consolidate Haskins v. General Electric Company, 18-cv-10234-IT (D. Mass.), with the Sullivan, Powell, and LaTorre actions. The consolidation shall be for all purposes, including pretrial proceedings, trial, and appeal.

2. The caption of the newly consolidated action shall remain In re: G.E. ERISA Litigation, Docket No. 17-cv-12123-IT.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge