UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: G.E. ERISA LITIGATION | Master File No. 1:17-12123-IT |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF JAMIE MILLER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by the stipulation of the parties, Plaintiffs hereby seek dismissal without prejudice of all claims against Defendant Jamie Miller, with each party bearing his or her own attorney's fees and costs in connection with the action.

**SO ORDERED.**

DATED: _____, 2020

_____

Hon. Indira Talwani
United States District Judge

2

Dated:  April 28, 2020

| | |
|---|---|
| */s/Jason M. Leviton* | */s/ James O. Fleckner* |
| Jason M. Leviton<br>BLOCK & LEVITON LLP<br>155 Federal Street, Suite 400<br>Boston, MA  02110<br>Telephone:  617/398-5600<br>617/507-6020 (fax)<br>jason@blockesq.com | James O. Fleckner (BBO# 641494)<br>Alison V. Douglass (BBO# 646861)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Tel.: (617) 570-1000<br>Fax: (617) 523-1231<br>JFleckner@goodwinlaw.com<br>ADouglass@goodwinlaw.com |
| R. Joseph Barton<br>BLOCK & LEVITON LLP<br>1735 20th Street NW<br>Washington, DC  20009<br>Telephone: 202/734-7046<br>202/734-7046 (fax)<br>Jbarton@blockesq.com | *Counsel for Defendants* |

*Liaison Counsel for Plaintiffs*

Mark C. Gardy (admitted *pro hac vice)*
Orin Kurtz (admitted *pro hac vice)*
GARDY & NOTIS, LLP
Tower 56
126 East 56th Street, 8th Floor
New York, NY  10022
Telephone:  212/905-0509
212/905-0508 (fax)
mgardy@gardylaw.com
okurtz@gardylaw.com

Lee Squitieri (admitted pro hac vice)
SQUITIERI & FEARON, LLP
32 East 57th Street, 12th Floor
New York, NY  10022
Telephone:  212/421-6492
212/421-6553 (fax)
lee@sfclasslaw.com

Evan J. Kaufman (admitted *pro hac vice)*
Magdalene Economou (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
ekaufman@rgrdlaw.com
meconomou@rgrdlaw.com

Charles H. Field (admitted *pro hac vice)*
SANFORD HEISLER SHARP LLP
655 West Broadway, Suite 1700
San Diego, CA  92101
Telephone: 619/577-4252
619/577-4250 (fax)
cfield@sanfordheisler.com

Andrew Miller (BBO #682496)
SANFORD HEISLER SHARP LLP
700 Pennsylvania Avenue SE, Suite 300
Washington, DC  20003
Telephone: 202/499-5200
202/499-5199 (fax)
amiller@sanfordheisler.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, James O. Fleckner, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 28th day of April, 2020.

*/s/James O. Fleckner*