UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: G.E. ERISA LITIGATION | Master File No. 1:17-12123-IT |
|---|---|

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF JAMIE MILLER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by the stipulation of the parties, Plaintiffs hereby seek dismissal without prejudice of all claims against Defendant Jamie Miller, with each party bearing his or her own attorney's fees and costs in connection with the action.

**SO ORDERED.**

DATED: May 4, 2020

_____
Hon. Indira Talwani
United States District Judge