UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re GE ERISA LITIGATION | Master File No. 1:17-cv-12123-IT <br><br> CLASS ACTION |

**STIPULATION AND [PROPOSED] ORDER
PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d) CONCERNING
DEFENDANTS' PRODUCTION OF CERTAIN DOCUMENTS**

WHEREAS, the parties to this action have engaged in motion practice as to certain documents withheld by Defendants from production on claims of attorney-client privilege, work product immunity, and/or other applicable privilege or immunity and identified in Plaintiffs' Motion To Compel Documents Improperly Withheld As Attorney-Client Privileged, March 2, 2021, ECF No. 203 ("Motion" directed to the "Withheld Documents");

WHEREAS, on January 26, 2022, the Court entered a Memorandum & Order ("Order") granting in part the Motion;

WHEREAS, the parties seek to facilitate the production of Withheld Documents by Defendants to Plaintiffs without the risk that doing so would prejudice Defendants in this or other proceedings as to other claims of privilege or immunity that it has or could make;

WHEREAS, pursuant to Federal Rule of Evidence 502(d), the parties, through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that:

The production of Withheld Documents pursuant to the Order and this Stipulation shall in no way prejudice or otherwise constitute a waiver of any claim of attorney-client, work product, or

other applicable privilege or immunity as to the subject matter contained in the Withheld Documents or as to other documents or information that concern the subject matter contained in the Withheld Documents in this or any other proceeding. This Order shall be interpreted as coterminous with the relief allowed by Federal Rule of Evidence 502(d).

SO ORDERED.

DATED: 2/10/2022

Indira Talwani
United States District Judge

Dated: February 9, 2022

/s/ *Jason M. Leviton*

Jason M. Leviton
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: 617/398-5600
617/507-6020 (fax)
jason@blockesq.com

R. Joseph Barton
BLOCK & LEVITON LLP
1633 Connecticut Avenue NW
Suite 200
Washington, DC 20009
Telephone: 202/734-7046
202/734-7046 (fax)
Jbarton@blockesq.com

*Liaison Counsel for Plaintiffs*

Mark C. Gardy (admitted *pro hac vice)*
Orin Kurtz (admitted *pro hac vice)*
GARDY & NOTIS, LLP
Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
Telephone: 212/905-0509
212/905-0508 (fax)
mgardy@gardylaw.com
okurtz@gardylaw.com

Lee Squitieri (admitted pro hac vice)
SQUITIERI & FEARON, LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Telephone: 212/421-6492
212/421-6553 (fax)
lee@sfclasslaw.com

/s/ *James O. Fleckner*

James O. Fleckner (BBO# 641494)
Alison V. Douglass (BBO# 646861)
Katherine G. McKenney (BBO# 660621)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
JFleckner@goodwinlaw.com
ADouglass@goodwinlaw.com
KMcKenney@goodwinlaw.com

*Counsel for Defendants*

Evan J. Kaufman (admitted *pro hac vice)*
Magdalene Economou (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
ekaufman@rgrdlaw.com
meconomou@rgrdlaw.com

Charles H. Field (admitted *pro hac vice)*
SANFORD HEISLER SHARP LLP
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone: 619/577-4252
619/577-4250 (fax)
cfield@sanfordheisler.com

*Counsel for Plaintiffs*