UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re GE ERISA LITIGATION ) | Master File No. 1:17-cv-12123-IT |
| ) | |
| ) | <u>CLASS ACTION</u> |
| This Document Relates To: ) | |
| ) | **REQUEST FOR ORAL ARGUMENT** |
| ALL ACTIONS. ) | |
| ) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, Plaintiffs' Rule 56.1 Statement, the Declaration of Jason M. Leviton in Support of Plaintiffs' Motion for Partial Summary Judgment and the exhibits thereto, Plaintiffs Maria LaTorre, Robyn Berger, Brian Sullivan, Frank Magliocca, Melinda Stubblefield, Kristi Haskins, Laura Scully, Donald J. Janak, John Slatner, and Chip Knight (collectively, "Plaintiffs") respectfully move this Court for entry of an Order granting partial summary judgment in Plaintiffs' favor pursuant to Rule 56 of the Federal Rules of Civil Procedure and granting such other relief as the Court may deem just and proper.

Pursuant to Local Rule 7.1(d), Plaintiffs request oral argument on their Motion for Partial Summary Judgment.

DATED: September 2, 2022               BLOCK & LEVITON LLP
                                       JASON M. LEVITON (BBO #678331)


                                              /s/ Jason M. Leviton
                                           JASON M. LEVITON

                                       260 Franklin Street, Suite 1860
                                       Boston, MA  02110
                                       Telephone:  617/398-5600
                                       617/507-6020 (fax)
                                       jason@blockesq.com

                                       BLOCK & LEVITON LLP
                                       R. JOSEPH BARTON (*pro hac vice*)
                                       1633 Connecticut Avenue NW, Suite 200
                                       Washington, DC  20009
                                       Telephone:  202/734-7046
                                       617/507-6020 (fax)
                                       jbarton@blockesq.com

                                       *Liaison Counsel for Plaintiffs*

ROBBINS GELLER RUDMAN
  & DOWD LLP
EVAN J. KAUFMAN (*pro hac vice*)
MAGDALENE ECONOMOU (*pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
ekaufman@rgrdlaw.com
meconomou@rgrdlaw.com

SQUITIERI & FEARON, LLP
LEE SQUITIERI (*pro hac vice*)
32 East 57th Street, 12th Floor
New York, NY  10022
Telephone:  212/421-6492
212/421-6553 (fax)
lee@sfclasslaw.com

GARDY & NOTIS, LLP
MARK C. GARDY
ORIN KURTZ (*pro hac vice*)
MEAGAN A. FARMER (*pro hac vice*)
126 East 56th Street, 8th Floor
New York, NY  10022
Telephone:  212/905-0509
212/905-0508 (fax)
mgardy@gardylaw.com
okurtz@gardylaw.com
mfarmer@gardylaw.com

SANFORD HEISLER SHARP, LLP
CHARLES H. FIELD (*pro hac vice*)
2550 Fifth Avenue, 11th Floor
San Diego, CA  92103
Telephone:  619/577-4252
619/577-4250 (fax)
cfield@sanfordheisler.com

*Counsel for Plaintiffs and the Class*

## **LOCAL RULE 7.1(A)(2) CERTIFICATE**

I, Jason M. Leviton, hereby certify that counsel for the parties conferred concerning the subject of this motion prior to filing, but were unable to resolve or narrow the issues in dispute.

*/s/ Jason M. Leviton*
JASON M. LEVITON

## **CERTIFICATE OF SERVICE**

    I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants this 2nd day of September, 2022.

                                                                 */s/ Jason M. Leviton*
                                                                JASON M. LEVITON