# Exhibit A

RUST CONSULTING INC
920 2ND AVE S SUITE 400
MINNEAPOLIS MN 55402

**Via U.S.P.S. Priority Mail**

 - <<SequenceNo>>

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<Address3>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

October 16, 2023

TO:  Federal and State Officials Identified on Attached Distribution List, *Mail Merge*.

Re:  *In re GE ERISA Litigation*
United States District Court for the District of Massachusetts
Case No. 1:17-cv-12123-IT

**CAFA Notice Pursuant to 28 U.S.C. § 1715**

Dear CAFA Notice Recipient:

Rust Consulting, Inc., an independent claims administrator, on behalf of Defendants, GE, GEAM, BPIC, GEAM Committee, Carol Anderson, Jeffrey Bornstein, Matthew Cribbins, John Flannery, Puneet Mahajan, Trevor Schauenberg, Keith Sherin, Brian Worrell, Dmitri Stockton, George Bicher, Paul Colonna, Michael J. Cosgrove, Gregory Hartch, Jessica Holscott, Ralph Layman, Matthew J. Simpson, Donald W. Torey, John Walker, David Wiederecht, Tracie Winbigler, Matthew Zakrzewski, Jeanne M. LaPorta, the GE Pension Board, the GE Board of Directors, and nominal defendant the Plan, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the proposed settlement of the above-captioned class action lawsuit (the "Class Action") currently pending in the United States District Court for the District of Massachusetts.

Plaintiffs filed a Settlement Agreement ("Settlement Agreement") and associated documents with the Court on October 6, 2023. A hearing on preliminary approval of the settlement is currently scheduled for October 17, 2023 at 2:30 p.m. before the Honorable Indira Talwani at the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, 02210, in Courtroom 9.

In reference to this letter, a website has been set up for viewing the documents associated with this case. The website is www.cafanotices.com and on this website, under the folder with the case name, the following documents can be found:

**(1)  The Complaint and any materials filed with the Complaint.**

The original complaint (Dkt. No.[1] 1), the amended complaint (Dkt. No. 35), and the second amended complaint (Dkt. No. 54) in the Action are available on the above referenced website. In addition, the complaint, amended complaint, and all other unsealed pleadings and records filed in the Class Action are available on the internet through the federal government's PACER service at https://ecf.mad.uscourts.gov/cgi-bin/ShowIndex.pl. Additional information about the PACER service may be found at https://www.pacer.gov.

**(2)  Notice of any scheduled judicial hearing in the Class Action.**

The Court has scheduled a hearing on Plaintiffs' motion to preliminarily approve the settlement on October 17, 2023 at 2:30 p.m. before the Honorable Indira Talwani at the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, 02210, in Courtroom 9. Information concerning any changes to the date, time, and location of the hearing will be available through PACER and can be accessed as described in section (1) above.

**(3)  Any proposed or final notification to class members.**

Plaintiffs' Motion for Preliminary Approval of Settlement (Dkt. No. 350), the Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Settlement (Dkt. No. 351), and all supporting documents (Dkt. Nos. 352-53) are available on the above referenced website. The parties' Settlement Agreement and its Exhibits A-B (Dkt. No. 349) are available on the above referenced website.

The proposed forms of direct notice to class members, which provide notice of the proposed settlement, are included as Exhibits A-1 and A-2 of the Settlement Agreement available on the above referenced website.

**(4)  Any proposed or final class action settlement.**

As discussed in section (3) above, the parties' Settlement Agreement and its Exhibits A-B (Dkt. No. 349) are available on the above referenced website.

---

[1] Citations to "Dkt. No. __" refer to docket entries in Case No. 1:17-cv-12123-IT.



**(5)** **Any settlement or other agreement contemporaneously made between Class Counsel and counsel for Defendants.**

There are no additional agreements between Class Counsel and counsel for Defendants.

**(6)** **A final judgment or notice of dismissal.**

No final judgment or notice of dismissal has yet been entered in the Class Action. Upon entry, a copy of the Final Order and Judgment will be available through PACER and can be accessed as described in section (1) above. A proposed Final Approval Order, as filed with the Court on October 6, 2023 as Exhibit B to the Settlement Agreement, is available on the above referenced website.

**(7)** **Names of class members who reside in each state and the estimated proportionate share of the claims of such members to the entire settlement.**

Given the nature of the claims in the Class Action, it is not feasible at this time to ascertain the names of all the members of the class who reside in each state or the estimated proportionate share of the claims of such members to the proceeds of the Settlement. It also is not feasible to provide an estimate of the number of members of the class residing in each state and the estimated proportionate share of the claims of such members to the Settlement. Because this is a settlement class under Federal Rule of Civil Procedure 23(b)(1), class members do not have a right to request exclusion from the class.

**(8)** **Any written judicial opinion relating to the materials described in sections (3) through (6).**

No written judicial opinions have been issued relating to the proposed settlement as of this time.

The Defendants in this matter are represented by James O. Fleckner and Katherine G. McKenney of Goodwin Procter LLP, 100 Northern Avenue Boston, MA 02210. Should you have any questions regarding this matter, please do not hesitate to contact James O. Fleckner or Katherine G McKenney at (617) 570-1000.

Thank you for your attention to this matter.

Sincerely,

Jennifer Smith
Rust Consulting, Inc.
920 2nd Ave S, Suite 400
Minneapolis, MN  55402
Email: jsmith@rustconsulting.com
Phone: (612) 359-2021
Facsimile: (612) 359-2050



# Distribution List

STEVE MARSHALL
ALABAMA ATTORNEY GENERAL
PO BOX 300152
MONTGOMERY AL 36130-0152

TREG R. TAYLOR
ALASKA ATTORNEY GENERAL
1031 W 4TH AVENUE STE 200
ANCHORAGE AK 99501-1994

KRIS MAYES
ARIZONA ATTORNEY GENERAL
2005 N CENTRAL AVE
PHOENIX AZ 85004-2926

TIM GRIFFIN
ARKANSAS ATTORNEY GENERAL
323 CENTER ST STE 200
LITTLE ROCK AR 72201-2610

CAFA COORDINATOR
OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVE STE 11000
SAN FRANCISCO CA 94102

PHIL WEISER
COLORADO ATTORNEY GENERAL
1300 BROADWAY FL 10
DENVER CO 80203

WILLIAM TONG
CONNECTICUT ATTORNEY GENERAL
165 CAPITAL AVENUE
HARTFORD CT 06106-1752

BRIAN SCHWALB
DISTRICT OF COLUMBIA ATTORNEY
GENERAL 400 6TH ST., NW
WASHINGTON DC 20001

KATHY JENNINGS
DELAWARE ATTORNEY GENERAL
820 N FRENCH ST
WILMINGTON DE 19801

ASHLEY MOODY
FLORIDA ATTORNEY GENERAL
THE CAPITAL PL 01
TALLAHASSEE FL 32399-1050

CHRIS CARR
GEORGIA ATTORNEY GENERAL
40 CAPITOL SQ SW
ATLANTA GA 30334-1300

ANNE E. LOPEZ
HAWAII ATTORNEY GENERAL
425 QUEEN ST
HONOLULU HI 96813

RAUL LABRADOR
IDAHO ATTORNEY GENERAL
PO BOX 83720
BOISE ID 83720-0010

KWAME RAOUL
ILLINOIS ATTORNEY GENERAL
100 W RANDOLPH ST
CHICAGO IL 60601

TODD ROKITA
INDIANA ATTORNEY GENERAL
302 W WASHINGTON ST RM 5
INDIANAPOLIS IN 46204

BRENNA BIRD
IOWA ATTORNEY GENERAL
1305 E WALNUT ST
DES MOINES IA 50319

KRIS KOBACH
KANSAS ATTORNEY GENERAL
120 SW 10TH AVE FL 2
TOPEKA KS 66612-1597

DANIEL CAMERON
KENTUCKY ATTORNEY GENERAL
700 CAPITOL AVE RM 118
FRANKFORT KY 40601

## Distribution List

JEFF LANDRY
LOUISIANA ATTORNEY GENERAL
PO BOX 94005
BATON ROUGE  LA 70804-4095

AARON FREY
MAINE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA ME 04333-0006

ANTHONY G. BROWN
MARYLAND ATTORNEY GENERAL
200 SAINT PAUL PLACE
BALTIMORE MD 21202-2202

ANDREA CAMPBELL
OFFICE OF THE ATTORNEY GENERAL
1 ASHBURTON PL, 20TH FLOOR
BOSTON MA 02108-1518

DANA NESSEL
MICHIGAN ATTORNEY GENERAL
PO BOX 30212
LANSING MI 48909

KEITH ELLISON
MINNESOTA ATTORNEY GENERAL
445 MINNESOTA ST STE 1400
SAINT PAUL MN 55101-2131

LYNN FITCH
MISSISSIPPI ATTORNEY GENERAL
PO BOX 220
JACKSON  MS 39205

ANDREW BAILEY
MISSOURI ATTORNEY GENERAL
PO BOX 899
JEFFERSON CITY MO 65102-0899

AUSTIN KNUDSEN
MONTANA ATTORNEY GENERAL
PO BOX 201401
HELENA MT 59620-1401

MIKE HILGERS
NEBRASKA ATTORNEY GENERAL
PO BOX 98920
LINCOLN NE 68509

AARON FORD
NEVADA ATTORNEY GENERAL
100 N CARSON ST
CARSON CITY NV 89701-4717

JOHN FORMELLA
NEW HAMPSHIRE ATTORNEY GENERAL
33 CAPITOL ST
CONCORD NH 03301-6397

MATTHEW J. PLATKIN
NEW JERSEY ATTORNEY GENERAL
PO BOX 080
TRENTON NJ 08625-0080

RAUL TORREZ
NEW MEXICO ATTORNEY GENERAL
PO BOX 1508
SANTA FE NM 87504-1508

LETITIA JAMES
OFFICE OF THE NEW YORK ATTORNEY
GENERAL 28 LIBERTY STREET, 15TH FLOOR
NEW YORK NY 10005

JOSH STEIN
NORTH CAROLINA ATTORNEY GENERAL
9001 MAIL SERVICE CTR
RALEIGH NC 27699-9001

DREW H. WRIGLEY
NORTH DAKOTA ATTORNEY GENERAL
600 E BOULEVARD AVE DEPT 125
BISMARCK ND 58505-0040

DAVE YOST
OHIO ATTORNEY GENERAL
30 E BROAD ST 14 FL
COLUMBUS OH 43215

# Distribution List

GENTNER DRUMMOND
OKLAHOMA ATTORNEY GENERAL
313 NE 21ST ST
OKLAHOMA CITY OK 73105

ELLEN F ROSENBLUM
OREGON ATTORNEY GENERAL
1162 COURT ST NE
SALEM OR 97301-4096

MICHELLE HENRY
PENNSYLVANIA ATTORNEY GENERAL
1600 STRAWBERRY SQ
HARRISBURG PA 17120

PETER NERONHA
RHODE ISLAND ATTORNEY GENERAL
150 S MAIN ST
PROVIDENCE RI 02903-2907

ALAN WILSON
SOUTH CAROLINA ATTORNEY GENERAL
PO BOX 11549
COLUMBIA SC 29211-1549

MARTY JACKLEY
SOUTH DAKOTA ATTORNEY GENERAL
1302 E HIGHWAY 14 STE 1
PIERRE SD 57501-8501

JONATHAN SKRMETTI
TENNESSEE ATTORNEY GENERAL
PO BOX 20207
NASHVILLE TN 37202-0207

KEN PAXTON
TEXAS ATTORNEY GENERAL
PO BOX 12548
AUSTIN TX 78711-2548

SEAN D REYES
UTAH ATTORNEY GENERAL
PO BOX 142320
SALT LAKE CITY UT 84114-2320

CHARITY R. CLARK
VERMONT ATTORNEY GENERAL
109 STATE ST STE 1
MONTPELIER VT 05609-1001

JASON S. MIYARES
VIRGINIA ATTORNEY GENERAL
202 NORTH NINTH STREET
RICHMOND VA 23219

BOB FERGUSON
WASHINGTON ATTORNEY GENERAL
PO BOX 40100
OLYMPIA WA 98504-0100

PATRICK MORRISEY
WEST VIRGINIA ATTORNEY GENERAL
1900 KANAWHA BLVD E RM E26
CHARLESTON WV 25305

JOSH KAUL
WISCONSIN ATTORNEY GENERAL
PO BOX 7857
MADISON WI 53707-7857

BRIDGET HILL
WYOMING ATTORNEY GENERAL
109 STATE CAPITOL
CHEYENNE WY 82002

FAINU'ULELEI FALEFATU ALA'ILIMA-UTU
AMERICAN SAMOA ATTORNEY GENERAL
EXECUTIVE OFFICE BUILDING 3 FLOOR,
PO BOX 7
UTULEI AS 96799

DOUGLAS MOYLAN
GUAM ATTORNEY GENERAL
590 S MARINE CORPS DR STE 901
TAMUNING GU 96913

EDWARD ELADIO MANIBUSAN
NORTHERN MARIANA ISLANDS ATTORNEY GENERAL
CALLER BOX 10007
SAIPAN MP 96950-8907

## Distribution List

DOMINGO EMANUELLI HERNANDEZ
PUERTO RICO ATTORNEY GENERAL
PO BOX 9020192
SAN JUAN PR 00902-0192

DENISE N. GEORGE
VIRGIN ISLANDS ATTORNEY GENERAL
3438 KRONPRINDSENS GADE 2ND FLOOR
ST THOMAS VI 00802-5749

MERRICK GARLAND
UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

THE HONORABLE JOSES R GALLEN
DEPARTMENT OF JUSTICE
PS 105  PALIKIR
POHNPEI FM 96941

ERNESTINE K. REGIIL
ATTORNEY GENERAL OF PALAU
PO BOX 6051 KOROR
PALAU PW 96940

RICHARD HICKSON
ATTORNEY GENERAL MARSHALL ISLANDS
PO BOX 890
MAJURO MH 96960