UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re GE ERISA LITIGATION | ) | Master File No. 1:17-cv-12123-IT |
| | ) | |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) | |
| | ) | [~~PROPOSED~~] ORDER APPROVING PLAN |
| ALL ACTIONS. | ) | OF ALLOCATION |
| | ) | |

This matter having come before the Court on March 7, 2024, on Plaintiffs' motion for approval of the Plan of Allocation of the settlement proceeds in the above-captioned action (ECF 368); the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the meanings as set forth in the Settlement Agreement dated September 29, 2023, ECF 349 (the "Settlement Agreement").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of payments to eligible Beneficiaries and Alternate Payees which is set forth in the Notice of Settlement of Class Action (the "Notice") sent to Class Members (ECF 372) provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Settlement Agreement among the Class Members, with due consideration having been given to administrative convenience and necessity.

4. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable, and the Court approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: _Mar. 8, 2024_

_Indira Talwani_
THE HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE